UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 6315 MAGAZINE, LLC | CIVIL ACTION |
| VERSUS | NUMBER: 20-1472 |
| FLOT NOLA, LLC, BOUYANCE, INC., THE FLOAT CONFERENCE, L.L.C., RESET, L.L.C. INTERNATIONAL THERAPEUTIC FLOATATION CONFERENCE, L.L.C., CECIL ROBEBUCK, AND LYDIA BREIGHNER | SECTION: M (4) |

## J U D G M E N T

In accordance with the Court's Order and Reasons (R. Doc. 34);

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's RICO claims under 18 U.S.C. § 1962 (c) & (d) are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court declines to exercise supplemental jurisdiction over Plaintiff's pendent state-law claims, and those claims are DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this 21st day of August, 2020.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE